#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PATRICK LAUVERGEON,** ) | |
| ) | 1:12-cv-01908-MSK-KLM |
| **Plaintiff,** ) | |
| ) | **Judge Krieger** |
| v. ) | **Magistrate Judge Mix** |
| ) | |
| **WINDHAM PROFESSIONALS, INC.** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** December 13, 2012

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **Patrick Lauvergeon** | **Windham Professional, Inc.** |
| | |
| /s David M. Marco | /s with consent Steven J. Wienczkowski |
| David M. Marco (Atty. No.: IL - 6273315) | Steven J Wienczkowski |
| SMITHMARCO, P.C. | Adam L. Plotkin, P.C. |
| 205 North Michigan Avenue, Suite 2940 | 621 Seventeenth Street, Suite 1800 |
| Chicago, IL 60601 | Denver CO 80293 |
| Telephone:  (312) 546-6539 | Telephone:   (303) 382-0528 |
| Facsimile:   (888) 418-1277 | Facsimile:   (303) 296-3544 |
| E-Mail:   dmarco@smithmarco.com | E-Mail:   swienczkowski@alp-pc.com |

1